**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:  23-cv-21756

RICHARD FEIJOO

       Plaintiff,

v.

TBC RETAIL GROUP, INC.
d/b/a TIRE KINGDOM,
a Florida corporation

      Defendant.                  /

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, RICHARD FEIJOO (hereinafter "Plaintiff" or "FEIJOO") sues the Defendant, TBC RETAIL GROUP, INC., d/b/a TIRE KINGDOM (hereinafter "Defendant" or "TIRE KINGDOM") and alleges as follows:

## NATURE OF CLAIMS

1.      This is an action for damages and equitable relief for age discrimination and reatliation brought pursuant to the Florida Civil Rights Act of 1992, as amended, Chapter §760, Fla. Stat., ("FCRA") and the Age Discrimination in Employment Act ("ADEA") as amended.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction of the action pursuant to 28 U.S.C. §1331 and the ADEA. The Court's supplemental jurisdiction is invoked for the Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

3.      Venue properly lies in this judicial district pursuant to 28 U.S.C. §1391(b), in that the Defendant maintains offices within this judicial district, and a substantial part of the events constituting the discrimination have taken place within this judicial district.

1

**PARTIES AND COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

4.     FEIJOO is a 64-year-old male and, at all times material hereto, was a resident of Miami-Dade County, Florida.

5.     FEIJOO was, at all material times, an individual employed by TIRE KINGDOM within the meaning of the ADEA and the FCRA.

6.     TIRE KINGDOM was, at all times material, FEIJOO's "employer" within the meaning of the ADEA and the FCRA. TIRE KINGDOM is a Florida corporation with its principal place of business in Palm Beach Gardens, Florida; however, TIRE KINGDOM has locations throughout Florida including in Miami-Dade County.

7.     Defendant acted through its agents, servants and representatives and/or employees at all times material hereto.

8.     Plaintiff has complied with the administrative prerequisites of the FCRA and the ADEA by timely filing a Charge of Discrimination based on age discrimination and retaliation with the Equal Employment Opportunity Commission ("EEOC"), and the Florida Commission on Human Relations ("FCHR") on August 23, 2021.  A copy of Plaintiff's Charge of Discrimination is attached hereto as **Exhibit "A."**  More than 180 days have elapsed since the Plaintiff filed his Charge of Discrimination and the FCHR has not issued any determination regarding his Charge of Discrimination.

9.     On March 1, 2023, the EEOC issued a Determination and Notice of Rights, a true copy of which is attached as **Exhibit "B."**

10.     Plaintiff has fulfilled all conditions precedent and administrative prerequisites of both state and federal law prior to filing his Complaint.

**GENERAL ALLEGATIONS**

11.     FEIJOO began working for TIRE KINGDOM in 2004.

12.     FEIJOO has held several positions while wokring for TIRE KINGDOM, including

2

management positions at several of Defendant's locations.

13.     In 2021, FEIJOO lodged a complaint against his direct supervisor, Franscico Anleu, after he made comments to FEIJOO about his age.

14.     TIRE KINGDOM investigated FEIJOO's complaints, which were corrabored by witnesses, and eventually terminated Mr. Anleu's employment.

15.     TIRE KINGDOM subsequently made Uriah Gonzalez FEIJOO's direct supervisor. Mr. Gonzalez is close friends with Mr. Anleu, and he immediatley began retaliating against FEIJOO.

16.     For example, Mr. Gonzalez moved FEIJOO from Store 148 to Store 69, which is known as the "retirement store."

17.     FEIJOO had managed Store 148 for appoximatley ten years prior to the transer to Store 69.

18.     The transfer to Store 69 significantly impacted FEIJOO's compensation by approximatley $2,200 per month.

19.     Further, Mr. Gonzalez put FEIJOO on an unwarranted performance improvement plan in an effort to put his employment in jeapoardy.

20.     As a result of this clear act of retaliation, FEIJOO filed a Charge of Discrimination with the Equal Employment Opportunity Commission.

21.     FEIJOO remains employed by TIRE KINGDOM as the Manager at Store 69.

22.     FEIJOO continues to be subjected to various forms of retaliation by Mr. Gonzalez and other management level employees.

23.     TIRE KINGDOM's action against FEIJOO is done intentionally to harm FEIJOO.

24.     FEIJOO has satisfied all conditions precent to filing this Complaint.

25.     FEIJOO has retained the undersigned counsel and has agreed to pay reasonable attorneys' fees and costs.

3

## COUNT I
## VIOLATION OF THE FCRA
## <u>(AGE DISCRIMINATION)</u>

26.     Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein.

27.     Defendant and its managers and agents violated the FCRA by retaliating against FEIJOO for complaining about age discrimination.

28.     Defendant acted intentionally and with malice and reckless disregard for Plaintiff's rights under the FCRA.

29.     As a result of Defendant's unlawful employment practices, Plaintiff has suffered damages, including loss of wages; benefits and other compensation; harm to his personal and business reputations; emotional distress, including, but not limited to, humiliation and embarassment;  and other pecuniary and non-pecuniary losses.

WHEREFORE, Plaintiff, RICHARD FEIJOO, prays that this Honorable Court will enter an Order:

A.     Declaring that Defendant violated Plaintiff's rights as protected by the laws of the FCRA;

B.     Awarding Plaintiff back pay and the value of his lost employment benefits;

C.     Awarding Plaintiff front pay in lieu of reinstatement;

D.     Awarding Plaintiff compensatory damages for his emotional distress, humiliation, embarassment and loss of reputation;

E.     Awarding Plaintiff punitive damages;

F.     Awarding Plaintiff his attorney's fees and costs;

G.     Awarding Plaintiff pre- and post-judgment interest; and

H.     Awarding any and all further relief as this Court may deem just and appropriate.

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web:  gallup-law.com

## COUNT II
## VIOLATION OF THE ADEA
## (AGE DISCRIMINATION)

30. Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 25 as if fully set forth herein,

31. Defendant and its managers and agents violated the ADEA by retaliating against FEIJOO for complaining about age discrimination.

32. As a result of Defendant's conduct, Plaintiff has been damaged.

33. Defendant acted intentionally and with malice and reckless disregard for FEIJOO's rights under the ADEA and thus FEIJOO is entitled to liquidated damages under the ADEA.

WHEREFORE, Plaintiff, RICHARD FEIJOO, demands an award against Defendant for damages including lost wages and benefits; liquidated damages, interest, costs, and attorneys' fees under the ADEA.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues in this action.

Dated: May 10, 2023.

**GALLUP AUERBACH**
*Counsel for Plaintiff*
4000 Hollywood Boulevard
Presidential Circle-Suite 265 South
Hollywood, Florida 33021
Telephone: (954) 894-3035
Facsimile: (754) 200-2836
E-mail:  jauerbach@gallup-law.com

By:    */s/ Jacob K. Auerbach*
       JACOB K. AUERBACH
       Florida Bar No.: 0084003

5